# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANISSA REYES, *individually and on behalf of all others similarly situated*, ) ) ) ) *Plaintiff*, ) ) ) v. ) ) ) THE UNIVERSITY OF TEXAS AT ) AUSTIN, and THE BOARD OF ) REGENTS OF THE UNIVERSITY OF ) TEXAS SYSTEM, ) ) ) *Defendants*. ) ) | Cause No. 6:20-cv-607 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, no answer or motion for summary judgment having been served by any of the Defendants in this action, Plaintiff Anissa Reyes files this Notice of Voluntary Dismissal Without Prejudice and hereby notifies the Court that she is voluntarily dismissing without prejudice her claims against Defendants in this action.

Dated: November 27, 2020

Respectfully submitted,

By: */s/ Anthony K. Bruster*
**Anthony Bruster**
TX Bar No. 24036280
**BRUSTER, PLLC**
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
Telephone: (817) 601-9564

*s/ Gary F. Lynch*

**CARLSON LYNCH LLP**
Gary F. Lynch (Attorney-in-charge)

Edward W. Ciolko
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
P. (412) 322-9243
F. (412) 231-0246
E. glynch@carlsonlynch.com
   eciolko@carlsonlynch.com

*Counsel for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Dominique Stafford
Dominique.Stafford@oag.texas.gov

*/s/ Anthony K. Bruster*
Anthony Bruster